1  KAMER ZUCKER ABBOTT
   R. Todd Creer  #10016
2  3000 West Charleston Boulevard, Suite 3
   Las Vegas, Nevada 89102-1990
3  Tel: (702) 259-8640
   Fax: (702) 259-8646
4  tcreer@kzalaw.com

5  Attorneys for Defendant

6  **UNITED STATES DISTRICT COURT**

7  **DISTRICT OF NEVADA**

| | |
|---|---|
| 8  ROBIN GRANT, individually, | Case No. 2:18-cv-00881-APG-CWH |
| 9  　　　　　　Plaintiff, | |
| 10 vs. | **DEFENDANT'S MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |
| 11 NEVADA BUSINESS SERVICES GROUP, a Nevada corporation; DOES 1-10, inclusive; ROE | |
| 12 CORPORATIONS 1-10, inclusive, | |
| 13 　　　　　　Defendants. | |

  Please take notice that Neil C. Baker, an attorney of record for Defendant Nevada Business Services Group (hereinafter referred to as "Defendant") in the above-entitled action, has left the firm of Kamer Zucker Abbott and will no longer serve as counsel in this matter.  Defendant will

17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///

continue to be represented by Kamer Zucker Abbott, by and through the attorneys in the caption above.  Accordingly, Defendant respectfully request that Neil C. Baker be removed from the service list in this matter.

DATED this 13th day of July, 2018.

Respectfully submitted,

KAMER ZUCKER ABBOTT

By: /s/ *R. Todd Creer*
R. Todd Creer  #10016
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102
Tel: (702) 259-8640
Fax: (702) 259-8646

Attorneys for Defendant

IT IS SO ORDERED.

DATED: July 16, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

This is to certify that on the 13th day of July 2018, the undersigned, an employee of Kamer Zucker Abbott, served a copy of the foregoing **DEFENDANT'S MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** through the Electronic Case Filing system of the United States District Court, District of Nevada to:

Kirk T. Kennedy, Esq.
815 South Casino Center Boulevard
Las Vegas, Nevada 89101
ktkennedylaw@gmail.com

By: /s/ R. Todd Creer
An employee of Kamer Zucker Abbott