1  KAMER ZUCKER ABBOTT
   R. Todd Creer  #10016
2  3000 West Charleston Boulevard, Suite 3
   Las Vegas, Nevada 89102-1990
3  Tel: (702) 259-8640
   Fax: (702) 259-8646
4  tcreer@kzalaw.com

5  Attorney for Defendant

6              **UNITED STATES DISTRICT COURT**
                 **DISTRICT OF NEVADA**
7

   ROBIN GRANT, individually,            )    Case No. 2:18-cv-00881-APG-CWH
8                                         )
                          Plaintiff,      )
9                                         )    **STIPULATION AND ORDER FOR**
   vs.                                    )    **DISMISSAL WITH PREJUDICE**
10                                        )
   NEVADA BUSINESS SERVICES GROUP, a      )
11 Nevada corporation; DOES 1-10, inclusive; ROE )
   CORPORATIONS 1-10, inclusive,          )
12                                        )
                          Defendants.     )
13 _____ )

14        Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by and through

15 their respective counsel of record, hereby stipulate and request that the above-captioned case be

16 dismissed in its entirety *with prejudice*. Each party is to bear their own attorneys' fees and costs, except

17 as otherwise agreed.

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

WHEREFORE, the parties respectfully request that this matter be dismissed *with prejudice*, with each party to bear their own costs and attorneys' fees, except as otherwise agreed.

DATED this 19th day of September, 2018.

KIRK T. KENNEDY, ESQ.

By: /s/ *Kirk T. Kennedy*
Kirk T. Kennedy     #5032
815 South Casino Center Boulevard
Las Vegas, Nevada 89101
(702) 385-5534

Attorney for Plaintiff

KAMER ZUCKER ABBOTT

By: /s/ *R. Todd Creer*
R. Todd Creer #10016
3000 West Charleston Blvd., Suite 3
Las Vegas, Nevada 89102
Tel: (702) 259-8640
Fax: (702) 259-8646

Attorney for Defendant

## **ORDER**

IT IS SO ORDERED.

DATE: ___9/19/2018_____

_____
UNITED STATES DISTRICT COURT JUDGE